IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. PISKANIN, :
       Petitioner, :
       v. : Case No. 3:10-cv-58-NBF-KAP
KENNETH CAMERON, SUPERINTENDENT, :
S.C.I. CRESSON, :
       Respondent :

MEMORANDUM ORDER

The motion at docket no. 9 styled "Motion to Reopen and for Leave to File Federal Officer Removal Petitions" was referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on November 20, 2012, docket no. 10, recommending that the motion be denied.

The petitioner was notified that, pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. Petitioner filed timely objections and a motion to transfer this matter to the Supreme Court, docket no. 11. The objections are meritless. The motion to transfer is denied. After de novo review of the motion, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 10th day of December, 2012, it is

ORDERED that the motion at docket no. 9 is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

NORA BARRY FISCHER,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Michael J. Piskanin GG-2457
S.C.I. Cresson
P.O. Box A
Cresson, PA 16699-0001